# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Linens Holding Co., *et al.*,[1] | : | Case No. 08-10832 (CSS) |
| | : | |
| Debtors. | : | Substantively Consolidated |
| | : | |
| | : | |
| Charles M. Forman, Chapter 7 Trustee for the estate of Linens Holding Co., *et al*., | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 11-50139 (CSS) |
| | : | |
| v. | : | |
| | : | |
| MERRY CHANCE INDUSTRIES LTD, | : | |
| | : | |
| Defendant. | : | |

## SUMMONS AND NOTICE OF PRETRIAL
## CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of Clerk:        824 Market Street, 3rd Floor
                                          Wilmington, Delaware 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys. Name and Address of Plaintiff's Attorneys:

| CIARDI CIARDI & ASTIN | CIARDI CIARDI & ASTIN |
|---|---|
| Daniel K. Astin (No. 4068) | Rick A. Steinberg, Esq. |
| Joseph J. McMahon, Jr. (No. 4819) | *Admitted Pro Hac Vice* |
| 919 N. Market St., Suite 700 | 100 Church Street |
| Wilmington, DE 19801 | 8th Floor |
| Tel: (302) 658-1100 | New York, NY 10007 |
| Fax: (302) 658-1300 | Phone: (646) 485-0605 |
| dastin@ciardilaw.com | Fax: (646) 688-4385 |
| jmcmahon@ciardilaw.com | rsteinberg@ciardilaw.com |

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479). The Debtors' respective estates have been substantively consolidated, and are collectively referred to herein as the "Debtors."

1

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:	United States Bankruptcy Court	Room: **5th Floor, Courtroom 6**
	824 Market Street
	Wilmington, Delaware 19801	Date and Time: **June 24, 2011 at 11:00 a.m.**
	 **(prevailing Eastern Time)**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**United States Bankruptcy Court for the District of Delaware**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date: April 15, 2011