# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Linens Holding Co., *et al.*,[1] | Case No. 08-10832 (CSS) |
| | Substantively Consolidated |
| Debtors. | |
| | |
| Charles M. Forman, Chapter 7 Trustee for the estate of Linens Holdings Co., *et al.*, | |
| | Adv. Pro. Nos.: |
| Plaintiffs, | |
| v. | |
| Beakie Lee And Co., Ltd. | 11-50100 (CSS) |
| Beauty Art India | 11-50102 (CSS) |
| Courtyard Creations Inc. | 11-50115 (CSS) |
| Dior International Ltd. | 11-50118 (CSS) |
| Harbour Sourcing International Ltd. | 11-50130 (CSS) |
| Homewell Corporation Ltd. | 11-50077 (CSS) |
| Hong Kong Wision Company Limited | 11-50080 (CSS) |
| Jay At Play International Hong Kong Limited | 11-50096 (CSS) |
| Jollen Home Creation Ltd. | 11-50103 (CSS) |
| Libra Pacific Co., Ltd. | 11-50111 (CSS) |
| Manley Toys Limited | 11-50134 (CSS) |
| Merry Chance Industries Ltd | 11-50139 (CSS) |
| Morgan Home Fashions (HK) Ltd | 11-50142 (CSS) |
| Neu International Company Ltd. | 11-50143 (CSS) |
| Onward Manufacturing Company Limited | 11-50155 (CSS) |
| Over Top International Limited | 11-50157 (CSS) |
| Parth Overseas | 11-50079 (CSS) |
| Precidio Inc. | 11-50081 (CSS) |
| Richgreen Enterprises Co., Ltd | 11-50090 (CSS) |
| Rimol (HK) Company | 11-50093 (CSS) |
| Sunjoy Industries Group Limited | 11-50164 (CSS) |
| Taipro Co., Ltd | 11-50168 (CSS) |
| Techno Source | 11-50144 (CSS) |
| Uprite International Co. | 11-50149 (CSS) |

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479). The Debtors' respective estates have been substantively consolidated, and are collectively referred to herein as the "Debtors."

| Vamaltex, Comercio De Texteis LDA | : | 11-50151 (CSS) |
| Wintex International Ltd. | : | 11-50158 (CSS) |
| Xiamen Good Forever Industrial Co., Ltd | : | 11-50161 (CSS) |
| | : | |
| Defendants. | : | |

## AFFIDAVIT OF SERVICE

I, Denise M. Chigges, certify that I am a paralegal employed by the law firm of Ciardi Ciardi & Astin. I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that I caused to be served true and correct copies of the **Order (I) Confirming that Service Upon Foreign Defendants is not Subject to the One Hundred Twenty (120) Day Time Limit for Service Under Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4(m) and (II) Deeming Service Made Upon Such Defendants Within One Year from the Date of the Filing of the Complaint to be Timely** [entered on June 9, 2011; various Adv. Docket Nos.] on the parties on the attached service list, *via* first-class U.S. or international mail, on June 13, 2011.

I certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

_____
Denise M. Chigges

Sworn to and subscribed before
me this 13th day of June, 2011

_____

JACQUELINE N. BOYER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 15, 2011

| | |
|---|---|
| BEAKIE LEE AND CO., LTD.,<br>SUITE#9-12/16A/F,TOWER 3<br>CHINA, HONG KONG CITY,33 CANTON RD<br>KOWLOON, HONG KONG, FX<br>HK | BEAUTY ART INDIA<br>A-48 STREET #2<br>MAHIPALPUR EXTENSION,<br>NEW DELHI-110037 INDIA, FX 110037 9<br>IN |
| COURTYARD CREATIONS INC.<br>ATTENTION: JINY CHU<br>3RD FL., NO. 219-1 CHIEN KWO ROAD<br>HSIN TIEN, NEW TAIPEI DISTRICT<br>TAIWAN | DIOR INTERNATIONAL LTD.<br>UNIT 606-7 WAH WAI CTR. 38-42 AU<br>PUI WAN ST. FOTAN SHATIN, NT<br>HONG KONG, FX 07003 8<br>HK |
| HOMEWELL CORPORATION LTD.<br>UNIT 401-404 4/F BLK A<br>HK INDUSTRIAL CENTRE<br>CHEUNG SHA WAN KLN HK, FX 0 8<br>HK | HARBOUR SOURCING INTERNATIONAL LTD.,<br>UNIT 3,19/F,HONG KONG WORSTED MILLS<br>INDUSTR.BLDG 31-39 WO TONG TSUI STR<br>KWAI CHUNG N.T. HONG KONG, FX 0 865<br>HK |
| JAY AT PLAY INTERNATIONAL HONG KONG<br>LIMITED<br>JAY AT PLAY INTERNATIONAL HONGKONG<br>LTD.,31/F THE CENTER 99 QUEENS ROAD<br>CENTRAL HONG KONG, 0 0<br>CHINA | HONG KONG WISION COMPANY LIMITED<br>UNIT 1003,10/F.THE KWANGTUNG<br>PROVINCIAL BANK,BLDG.587-589<br>NATHAN RD.,KOWLOON HONG KONG, FX 0<br>867<br>HK |
| LIBRA PACIFIC CO., LTD.<br>10F, NO. 81 CHOW TZE STREET, NEI HU<br>TAIPEI, TAIWAN, R.O.C.<br>, FX 88 | JOLLEN HOME CREATION LTD.<br>155-11880 HAMMERSMITH WAY<br>RICHMOND, BC V7A-5C8<br>CANADA |

| MANLEY TOYS LIMITED<br>8/F, H.K. SPINNERS IND'L BLDG.<br>818 CHEUNG SHA WAN ROAD,<br>KOWLOON, HONG KONG, FX 8<br>HK | MERRY CHANCE INDUSTRIES LTD<br>UNIT 316,3/F HOPE SEA INDUSTRIAL<br>CENTER,26 LAM HING STREET<br>KOWLOON BAY, HONG KONG, FX 0    8<br>HK |
|---|---|
| MORGAN HOME FASHIONS (HK) LTD<br>RM 1301 SANDS BLDG<br>17 HANKOW RD.<br>TSIM SHA TSUI KOWLOON HK, FX 0    118<br>HK | NEU INTERNATIONAL COMPANY LTD.<br>13FL-8, NO.159, SECRETARY 1<br>SIN TAI WU ROAD<br>SHIJIR CITY, TAIPEI, TAIWAN, FX 88<br>TW |
| ONWARD MANUFACTURING COMPANY LIMITED<br>c/o Carl N. Kunz, III, Esq.<br>Courtney R. Hamilton, Esq.<br>Morris James LLP<br>500 Delaware Ave., Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | ONWARD MANUFACTURING COMPANY LIMITED<br>Lee J. Viorel, Esq.<br>Lowther Johnson Attorneys at Law, LLC<br>901 St. Louis Street<br>20th Floor<br>Springfield, MO 65806 |
| PARTH OVERSEAS<br>OPP. MODERN PUBLIC SCHOOL<br>DELHI ROAD, MORADABAD 244001<br>INDIA, FX 0    91<br>IN | OVER TOP INTERNATIONAL LIMITED<br>21F-3, NO.189 KEELUNG RD. SEC.2<br>TAIPEI, TAIWAN, FX 11045    88<br>TW |
| RICHGREEN ENTERPRISE CO., LTD<br>YIJUC201,JIANYITIANDI,CHANG AN TOWN<br>DONGGUAN CITY<br>GUAN DONG PROVINCE, CHINA, FX 0    867<br>CN | PRECIDIO INC.<br>35 PRECIDIO COURT<br>BRAMPTON, ON, L6S 6B7<br>CANADA |

| | |
|---|---|
| SUNJOY INDUSTRIES GROUP LIMITED<br>MICHAEL ZIHU<br>214-218 JIANGCHENG ROAD<br>HANGZHOU,ZHEJIANG, CHINA, FX 0<br>CN | RIMOL (HK) COMPANY<br>RM 1107 AUSTIN TOWER<br>22-26 AUSTIN AVENUE<br>T.S.T. KOWLOON, HK, FX 0      8<br>HK |
| TECHNO SOURCE<br>4TH FLOOR,TOWER II,SILVERCORD BLDG<br>30 CANTON ROAD<br>KOWLLOON, TST, HONG KONG, FX 0      8<br>HK | TAIPRO CO., LTD<br>C/O SANDY LEE<br>12F,NO.25,SEC.4,JEN AI ROAD,<br>TPE, FX 10685      88<br>TW |
| VAMALTEX, COMERCIO DE TEXTEIS LDA<br>VAMALTEX COMERCIO DE TEXTEIS LDA<br>RUA DA FONTINHA N-61 NOVAIS<br>4765 130-V.N. FAMALICAO PORTUGAL, FX 0<br>35<br>PT | UPRITE INTERNATIONAL CO.<br>BLOCK B 8/F DRACO IND. BLDG<br>NO.46 LAIYIP ST.<br>KWUN TONG, KLN HONG KONG, FX 0      8<br>HK |
| XIAMEN GOOD FOREVER INDUSTRIAL CO., LTD<br>NO 18,TZANYANG ROAD JTMET NORTH<br>INDUSTRIAL ZONE XIAMEN CHINA,<br>FX 361021      86<br>CN | WINTEX INTERNATIONAL LTD.<br>133, Attaturk Block,<br>Garden Town, Lahore<br>Hashim Pura.<br>Defence Road,Sialkot.<br>Pakistan |